UNITED STATES
v.
WILLIAM ROBISON

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 144

PAPERS IN FILE
[None]

UNITED STATES
v.
WILLIAM ROBISON

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 144

PAPERS IN FILE
[None]